# EXHIBIT E

**In re: Gerald J. Casesa, Chapter 11 Debtor**
**SDNY Case No. 15-36684 (CGM)**
**BUDGET**

| Income (Annual) | Total Amount |
|---|---|
| Net Wages | $56,118.96 |
| Rental Income from 219 Route 32, Central Valley, NY 10917 | $23,232.00 |
| **Total** | **$79,350.96** |

| Expenses (Annual) | |
|---|---|
| 8 Roselawn Road, Highland Mills, NY 10930 | $29,408.40 |
| Home Maintenance, Repair, and upkeep expenses | $ 2,730.36 |
| Utilities | $ 6,835.44 |
| Water, Sewer, Garbage collection | $  492.00 |
| Telephone, Cell Phone, Internet, Satellite, and Cable | $ 3,384.00 |
| Food and housekeeping supplies | $ 9,300.00 |
| Childcare and children's education costs | $   0.00 |
| Clothing, laundry and dry cleaning | $ 3,300.00 |
| Personal care products and services | $  780.00 |
| Medical and dental expenses | $ 1,200.00 |
| Transportation | $ 2,700.00 |
| Charitable contributions and religious donations | $  660.00 |
| Insurance | $ 3,442.92 |
| Taxes | $   0.00 |
| Car payments | $   0.00 |
| **Total** | **$61,236.12** |

| AVAILABLE FOR UNSECURED CREDITORS | $18,114.84 |
|---|---|