| | |
|---|---|
| James J. Rufo, Esq.<br>Garvey, Tirelli & Cushner, Ltd.<br>50 Main Street, Suite 390<br>White Plains, NY  10606<br>T: 914-946-2200 / F: 914-946-1300<br>jrufo@thegcafirm.com | **HEARING DATE**:  MARCH 28, 2017<br>**HEARING TIME**: 12:00 NOON |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**POUGHKEEPSIE DIVISION**
-------------------------------------------------------X

In re:

    Gerald J. Casesa,

                     Debtor

-------------------------------------------------------X

Chapter 11
Case No. 15-36684 (CGM)

**NOTICE OF HEARING ON MOTION FOR ORDER (A) APPROVING DISCLOSURE STATEMENT, (B) ESTABLISHING SOLICITATION, VOTING AND TABULATION PROCEDURES, (C) SCHEDULING A CONFIRMATION HEARING, (D) ESTABLISHING PROCEDURES FOR FILING CONFIRMATION OBJECTIONS, AND (E) GRANTING RELATED RELIEF**

     **PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider the motion (the "Motion") of the Debtor, Gerald J. Casesa (collectively, the "Debtor") seeking entry of an order (A) approving the Disclosure Statement With Respect to the Debtor's Chapter 11 Plan (the "Disclosure Statement"); (B) establishing solicitation, voting and tabulation procedures; (C) scheduling a hearing to consider confirmation of the Debtor's Chapter 11 Plan dated December 2, 2016 (the "Plan"); (D) establishing procedures for filing objections to confirmation of the Plan, and (E) other related relief shall be held before the Honorable Chief Judge Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Courthouse, 355 Main Street, Poughkeepsie, New York 12601 on the **28th day** of **March 2017 at 12:00 NOON** (the "**Hearing**") or as soon thereafter as counsel may be heard.

     **PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must be: (i) electronically filed with the Bankruptcy Court; (ii) delivered to

Chambers of the Honorable Chief Judge Cecelia G. Morris; and (iii) served upon: (1) the Debtor; (2) the Debtor's counsel, Garvey Tirelli & Cushner Ltd., 50 Main Street, Suite 390, White Plains, New York 10606, Attn: Todd S. Cushner, Esq. / James J. Rufo, Esq., and so as to be received no later than **5:00 p.m. on March 21, 2017.**

    **PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do not object to the relief requested in the Objection.

Date: White Plains, New York
      January 31, 2017

                                Garvey, Tirelli & Cushner, Ltd.
                                *Attorneys for Gerald J. Casesa*

                By:    */s/ James J. Rufo*
                         James J. Rufo, Esq.
                         50 Main Street, Suite 390
                         White Plains, New York 10606
                         (914) 946-2200 / (914) 946-1300
                         jrufo@thegcafirm.com